IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Engelhardt, | No. CV-16-08066-PCT-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Colorado River Union High School District, | |
| Defendant. | |

This Court, having received the Parties' Stipulation for Dismissal of the Action with Prejudice (Doc. 25), and good cause appearing,

IT IS HEREBY ORDERED granting the Parties' Stipulation (Doc. 25).

IT IS FURTHER ORDERED that this matter will be dismissed with prejudice, each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED denying as moot Defendant's Motion for Summary Judgment (Doc. 18) and vacating the Rule 16 Scheduling Conference set for September 8, 2016 at 3:30 p.m.

Dated this 17th day of August, 2016.

Neil V. Wake
Senior United States District Judge